THOMAS FLYNN, Respondent, v. WILLIAM NEIL, Appellant.

APPEAL from a judgment in favor of plaintiff, entered upon a verdict.

A. E. Hagemann, for appellant.

J. E. Pidgeon, for respondent.

SCHUCHMAN, J. This is an appeal from a judgment entered on a verdict rendered by a jury.

The action is one in trover for the value of certain chattels, wrongfully converted by the defendant.

The answer denies a demand for the chattels and claims a lien thereon for rent due.

The question of " demand " and " lien " were fairly submitted to the jury by the trial justice in his charge, and they found for the plaintiff.

Their finding is justified by the evidence.

The judgment is therefore affirmed, with costs.

VAN WYCK, Ch. J., and O'DWYER, J., concur.

Judgment affirmed, with costs.

---

AUGUSTUS CLASON, Respondent, v. THE UNION FERRY Co. et al., Appellants.

APPEAL from a judgment in favor of plaintiff.

Shipman, Larocque & Choate, for appellants.

Kellogg, Rose & Smith, for respondent.

*Per Curiam.* Judgment affirmed, with costs.

Present: VAN WYCK, Ch. J., SCHUCHMAN and O'DWYER, JJ.

Judgment affirmed, with costs.